DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SPECIALTY HEALTH ASSOCIATES, LLC** a/a/o **ISABELLA VECCHIO,**
Appellant,

v.

**GEICO INDEMNITY COMPANY,**
Appellee.

No. 4D21-73

[April 1, 2021]

Appeal from the County Court for the Nineteenth Judicial Circuit, Martin County; Jennifer Waters, Judge; L.T. Case Nos. 19-370-SC and 19-AP-15.

Michelle J. Kane of Kane Lawyers, PLLC, Delray Beach, and Chad A. Barr of Law Office of Chad A. Barr, P.A., Altamonte Springs, for appellant.

Rebecca L. Delaney and Scott W. Dutton of Dutton Law Group, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER AND FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***